7jgmtwoh (7/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

*In Re:* Maricar Cubacub Martin
*Debtor*

*Bankruptcy Case No.*
14−61689−abf7

**J. Kevin Checkett**
  Plaintiff(s)

*Adversary Case No.*
15−06036−abf

v.

**Maricar Cubacub Martin**
  Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy, and against the Debtor/Defendant, Maricar Cubacub Martin, revoking the Debtor's Discharge.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 10/21/15

Court to serve